# United States District Court
# Western District of Texas
# Austin
## Deficiency Notice

| | |
|---|---|
| To: | George, James William |
| From: | Court Operations Department, Western District of Texas |
| Date: | Monday, January 26, 2009 |
| Re: | 01:08-CV-00908-LY / Doc # 3 / Filed On: 01/26/2009 11:47 AM CST |

Pursuant to the <u>Administrative Polices and Procedures for Electronic Filing in Civil and Criminal Cases</u>, the following pleading has been filed. However, it is deficient in the area(s) checked below. Please correct the deficiency(ies), as noted below, and re-file document IMMEDIATELY. When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text. If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.

(1) Other
   Remarks: Proposed order required. DO NOT RE-FILE ENTIRE DOCUMENT. Please submit only the PROPOSED ORDER using the "Attachment (other documents)" event from menu and link the proposed order to this document.