# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **FREEMANTLEMEDIA, NORTH AMERICA, INC.,** § § | | |
| **Plaintiff** § § | | |
| vs. § | **CIVIL ACTION NO. A08CA-908LY** | |
| § | | |
| **BENELUX CORPORATION and ATHANASES STAMATOPOULOS,** § § | **Jury Trial Demanded** | |
| **Defendant.** § | | |

## ORDER DISMISSING ATHANASES STAMATOPOULOS AS A PARTY DEFENDANT

On the ___ day of _____, 2009, came on to be heard the Defendants' Motion To Dismiss Athanases Stamatopoulos as a Party Defendant, and it appearing that same is well-taken,

**IT IS HEREBY ORDERED** that Athanases Stamatopoulos is **DISMISSED** as a Defendant in the above captioned cause.

Entered on this ____ day of _____, 2009.

_____
**JUDGE PRESIDING**