**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

FILED

2009 APR -1 AM 11: 16

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY_____
DEPUTY

| | | |
|---|---|---|
| FREEMANTLEMEDIA, NORTH AMERICA, | § § § | |
| PLAINTIFF, | § § | |
| V. | § § | CAUSE NO. A-08-CA-908-LY |
| BENELUX CORPORATION AND ATHANASES STAMATOPOULOS, | § § § | |
| DEFENDANTS. | § § | |

## ORDER

Before the Court is the above-entitled and numbered cause. The parties have failed to comply with their obligation to submit a proposed scheduling order to the Court. *See* Fed. R. Civ. P. 26(f); W.D. Tex. Local R. CV-16(c). This proposed scheduling order was due on or before March 27, 2009. *See id.*

**IT IS THEREFORE ORDERED** that the parties are to submit to the Court a Proposed Agreed Scheduling Order, in accordance with Federal Rule of Civil Procedure 26(f), that follows the form scheduling order of this Court located on the website for the United States District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Forms" tab, "Austin Division," **on or before April 22, 2009.** The proposed order is to include proposed dates, not general provisions tied to the ultimate date of trial or the date of entry of a scheduling order. The proposed order is not to

include, however, a date for the final pretrial conference or for trial of the matter.

SIGNED this _**1st**_ day of April, 2009.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE