IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2009 APR -1 AM 11: 16
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | | |
|---|---|---|
| FREEMANTLEMEDIA, NORTH AMERICA, | § § § | |
| PLAINTIFF, | § § | |
| V. | § § | CAUSE NO. A-08-CA-908-LY |
| BENELUX CORPORATION AND ATHANASES STAMATOPOULOS, | § § § § | |
| DEFENDANTS. | § § | |

## REFERRAL ORDER

**IT IS ORDERED** that Defendant's Motion to Dismiss filed January 26, 2009 (Clerk's Document 3) and Plaintiff's Response in Opposition to Defendants' Motion to Dismiss Pursuant to Rule 12(b)(2) and 12(b)(6) are **REFERRED** to Magistrate Judge Andrew Austin for findings and recommendations. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72; Loc. R. W. D. Tex. Appx. C, Rule 1(d).

SIGNED this __1st__ day of April, 2009.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE