# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| FREMANTLEMEDIA § <br> NORTH AMERICA, INC., § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> BENELUX CORPORATION and § <br> ATHANASES STAMATOPOULOS, § <br> § <br> Defendants. § | Civil Action No. A-08-CA-908-LY |

## AGREED MOTION OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41(a)(2) OF THE FEDERAL RULES OF CIVIL PROCEDURE

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff FremantleMedia North America, Inc. hereby requests the Court to dismiss without prejudice the above-styled action against Defendants Benelux Corporation and Athanases Stamatopoluos. Defendants Benelux Corporation and Athanases Stamatopoluos are unopposed to this Motion and agree to the dismissal of this action.

Accordingly, Plaintiff FremantleMedia North America, Inc. respectfully requests that the Court dismiss this action without prejudice. A proposed Order of Dismissal is submitted herewith.

Respectfully submitted,

**GREENBERG TRAURIG LLP**

Dated: April 22, 2009

By: /Anthony F. Matheny/
Anthony Matheny
Attorney-In-Charge
State Bar No. 24002543
1000 Louisiana, Suite 1700
Houston, Texas 77002
Telephone: (713) 374-3583
Facsimile: (713) 754-7583

1

ATTORNEYS FOR PLAINTIFF
FREMANTLEMEDIA NORTH
AMERICA, INC.

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 22, 2009, a true and correct copy of the foregoing Plaintiff's Agreed Motion of Dismissal Without Prejudice Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure was served through the Court's ECF System on the following:

James W. George
Law Offices of James W. George
901 South Mopac Expressway
Barton Oaks Plaza One, Suite 300
Austin, Texas 78746

/Anthony F. Matheny/
Anthony F. Matheny