# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| FREEMANTLEMEDIA, NORTH AMERICA | § § § |
| V. | §  CIVIL NO. A-08-CA-908 LY § |
| BENELUX CORPORATION AND ATHANASES STAMATOPOULOS | § § § |

## O R D E R

On April 1, 2009, the District Court referred the above-styled case to the instant Magistrate Court for resolution of the Defendant's Motion to Dismiss pursuant to 28 U.S.C. § 636(b)(1)(B), Federal Rule of Civil Procedure 72, and Rules 1(c) and (d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas. The Parties have now filed an Agreed Motion to Dismiss this case in its entirety. See Clerk's Docket No. 9. Accordingly, it is HEREBY ORDERED that this case be removed from the Magistrate Court's docket and returned to the docket of the Honorable Lee Yeakel.

SIGNED this 27th day of April, 2009.

ANDREW W. AUSTIN
UNITED STATES MAGISTRATE JUDGE