IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FREMANTLEMEDIA NORTH AMERICA, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. A-08-CA-908-LY |
| BENELUX CORPORATION and ATHANASES STAMATOPOULOS, | § § § | **Jury Trial Demanded** |
| Defendants. | § § | |

**ORDER OF DISMISSAL**

The above-styled action is hereby dismissed without prejudice.

SIGNED this 27th day of April, 2009.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE