IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2009 APR 27 PM 3:22
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

| | | |
|---|---|---|
| FREEMANTLEMEDIA NORTH AMERICA, INC. | § § § | |
| PLAINTIFF, | § § | |
| V. | § | CAUSE NO. A-08-CA-908-LY |
| | § | |
| BENELUX CORPORATION AND ATHANASES STAMATOPOULOS, | § § § | |
| DEFENDANTS. | § | |

## FINAL JUDGMENT

Before the Court is the above-entitled and numbered cause. Today by separate order the Court granted Plaintiff FreemantleMedia North America, Inc.'s Agreed Motion of Dismissal Without Prejudice Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure filed April 22, 2009 (Clerk's Document 9). Seeing that no matters remain pending in this cause, the Court renders the following final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that all claims asserted by Plaintiff FreemantleMedia North America, Inc. against Defendants Benelux Corporation and Athanases Stamatopoulos are **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that all relief not expressly granted is **DENIED.**

**IT IS FINALLY ORDERED** that this cause is closed.

SIGNED this 27th day of April, 2009.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE